# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| LUCILLE DUBOIS AND LAWRENCE DUBOIS, | Civil No. 10-1336 (JRT/JJK) |
| Plaintiff, | |
| v. | **ORDER** |
| C.B. FLEET COMPANY, INC., | |
| Defendant. | |

Christopher Goodman and Stephen Foley, **FOLEY & MANSFIELD, PLLP**, 250 Marquette Avenue, Suite 1200, Minneapolis, MN 55401, for plaintiffs.

Kim Schmid and Mary Novacheck, **BOWMAN & BROOKE LLP,** 150 South Fifth Street, Suite 3000, Minneapolis, MN 55402, for defendant.

This matter is before the Court on the parties' stipulation and consent motion to stay proceedings, filed May 3, 2010.

Based on the foregoing, all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the motion is **GRANTED**. Accordingly, the above cause is **STAYED**, including but not limited to: (1) filing of any pleadings; (2) serving any disclosures under Rule 26 of the Federal Rules of Civil Procedure or early meeting of counsel; (3) the time period for defendants to answer, move or otherwise respond to the Complaint; and (4) other discovery and pretrial deadlines.

DATED: May 13, 2010                           ____s/ John R. Tunheim_____
at Minneapolis, Minnesota.                      JOHN R. TUNHEIM
                                                             United States District Judge